Extent PDR    PD-0898-15

Motion To Extend Time

Today's Date
July 10, 2015

My name is Luis Franco
Cause No. 04-13-00906 CR, Luis
Franco v. The State of Texas, In the
Fourth Court of Appeals, San Antonio, Texas.
AFFIRMED: June 10, 2015

This is my first extension that I
have request due to denial. I have
been in and out of Hospitals within
this time I really need an extension.
My attorney Michael Gross stated
to send this letter asking for an
extension please. Thank you.

From the 226th Judicial District court,
Bexar County, Texas
Trial Court No. 2013-CR-3379
Honorable Dick Alcala, Judge Presiding.

FILED IN
COURT OF CRIMINAL APPEALS

JUL 21 2015

X _____

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 16 2015

Abel Acosta, Clerk